IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CARL ANTONIO FORDHAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:04CV252 (DF) |
| | : | |
| MICHAEL W. PHILLIPS, Warden, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on August 18, 2005 (tab 27). The Court has reviewed and carefully considered Plaintiff Fordham's objections to the Magistrate Judge's Recommendation (tab 28), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Defendants' motion for summary judgment (tab 18) is hereby **GRANTED.**

SO ORDERED, this 13th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew